UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLUE RIO LLC, and PETER FINE           :
                                                             :   Civ. Action No. 7:17-cv-02015 (VB)
                              Plaintiffs,          :
                                                             :
              -against-                            :   **NOTICE OF MOTION TO DISMISS**
                                                             :
CITY OF MOUNT VERNON MAYOR   :
RICHARD THOMAS, in his individual and   :
official capacities, MICHAEL GIANATASIO,   :
and the CITY OF MOUNT VERNON,    :   **ORAL ARGUMENT REQUESTED**
                                                             :
                              Defendants.      :
                                                             :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Jeffrey D. Buss, Esq., dated April 28, 2017, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Vincent Briccetti, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for an order dismissing the Plaintiffs' Complaint in this action, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and for such further and other relief as the Court may deem just and proper.

                                                                      Respectfully submitted,

Dated:   Yonkers, New York               SMITH, BUSS & JACOBS LLP
             April 28, 2017

                                            By:    /s/ Jeffrey D. Buss
                                                     Jeffrey D. Buss
                                                     Nancy Durand
                                                     733 Yonkers Avenue, Suite 200
                                                   Yonkers, New York  10704
                                                   (914) 476-0600
                                                   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
BLUE RIO LLC, and PETER FINE          :
                                       :
                    Plaintiffs,        :
                                       :
            -against-                  :   Civ. Action No. 7:17-cv-02015 (VB)
                                       :
CITY OF MOUNT VERNON MAYOR             :
RICHARD THOMAS, in his individual and  :   **[PROPOSED] ORDER**
official capacities, MICHAEL GIANATASIO,:
and the CITY OF MOUNT VERNON,          :
                                       :
                    Defendants.        :
                                       :
---------------------------------------------------------X

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the parties' respective papers and arguments, Defendants' Motion to Dismiss Plaintiffs' Complaint is hereby **GRANTED** in its entirety.  Therefore, this action is **DISMISSED**, with prejudice.

**SO ORDERED**.

Dated: This ____ day of                    _____
_____, 2017.                            Vincent L. Briccetti
                                           United States District Judge